UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RIVERKEEPER, INC.; CONNECTICUT
FUND FOR THE ENVIRONMENT, d/b/a
SAVE THE SOUND; NATURAL RESOURCES
DEFENSE COUNCIL, INC.; WATERKEEPER
ALLIANCE, INC.; RARITAN BAYKEEPER,
INC., d/b/a NY/NJ BAYKEEPER; BRONX
COUNCIL FOR ENVIRONMENTAL QUALITY;
NEWTOWN CREEK ALLIANCE; JAMAICA
BAY ECOWATCHTERS; HUDSON RIVER
WATERTRAIL ASSOCIATION,
                        Plaintiffs,
     -against-

ANDREW WHEELER, Administrator of the
United States Environmental Protection Agency;
PETER D. LOPEZ, Regional Administrator,
Environmental Protection Agency, Region 2; and
THE UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,
                        Defendants,

CITY OF NEW YORK,
                        Intervenor Defendant,

NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION,
                        Intervenor Defendant.
-----------------------------------------------------------------X

17 **CIVIL** 4916 (VSB)

## JUDGMENT



It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 15, 2019, Defendants' cross-motions to dismiss the first cause of action for lack of subject matter jurisdiction are GRANTED, and all other motions and cross-motions are DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York
        March 18, 2019

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                         BY:
                                                  **Deputy Clerk**