

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 14, 2022

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Riverkeeper, Inc. v. Regan*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

    On behalf of defendants and with the consent of all parties, I write to provide the Court a status update as provided in the Court's endorsed order dated September 14, 2022 [ECF No. 187]. Since September 14, the parties have continued their discussions regarding intervenor-defendant New York State Department of Environmental Conservation's ("NYSDEC") advanced notice of proposed rulemaking ("ANPRM"), which was referenced in defendants' August 10, 2022 letter to the Court [ECF Nos. 184]. NYSDEC is continuing to work on updates to New York State's water quality standard regulations and waterbody classifications and intends to issue a notice of proposed rulemaking by the end of March 2023.

    To facilitate these ongoing discussions and administrative processes, defendants respectfully request that the Court continue to hold in abeyance any action on the parties' pending cross-motions for summary judgment and NYSDEC's motion to amend its answer to assert a cross-claim against EPA [ECF Nos. 128, 150, 145, 154, 173], until **January 20, 2023**. Defendants further propose that the parties submit a joint status letter to the Court on or before **January 17, 2023**. This is the defendants' third request for the Court to hold these motions in abeyance. Plaintiffs and intervenor-defendants NYSDEC and NYC consent to this request.

    We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick   Page 2 of 2
November 14, 2022

                                              Respectfully,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                              */s/ Tomoko Onozawa*
                                 By:  TOMOKO ONOZAWA
                                              Assistant United States Attorney
                                              Tel:  (212) 637-2721
                                              Fax: (212) 637-2686

cc (via ECF): All counsel of record