

Case 1:17-cv-04916-VSB   Document 192   Filed 01/18/23   Page 1 of 2

**APPLICATION GRANTED
SO ORDERED**

VERNON S. BRODERICK
U.S.D.J.  1/18/2023

Parties shall submit a joint status letter by February 8, 2023. The Court shall defer any ruling on pending motions until February 10, 2023.

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Riverkeeper, Inc. v. Regan*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

    On behalf of defendants and with the consent of all parties, I write to provide the Court a status update as provided in the Court's endorsed order dated November 15, 2022 [ECF No. 190]. Since November 15, the parties have continued their discussions regarding intervenor-defendant New York State Department of Environmental Conservation's ("NYSDEC") advanced notice of proposed rulemaking, which was referenced in defendants' August 10, 2022 letter to the Court [ECF Nos. 184]. NYSDEC is continuing to work on updates to New York State's water quality standard regulations and waterbody classifications, and intends to issue a notice of proposed rulemaking by March 2023.

    To facilitate these ongoing discussions, defendants respectfully request that the Court continue to hold in abeyance any action on the parties' pending cross-motions for summary judgment and NYSDEC's motion to amend its answer to assert a cross-claim against EPA [ECF Nos. 128, 150, 145, 154, 173], until **February 10, 2023**. Defendants further propose that the parties submit a joint status letter to the Court on or before **February 8, 2023**. This is the defendants' fourth request on consent for the Court to hold these motions in abeyance. Plaintiffs and intervenor-defendants NYSDEC and the City of New York consent to this request.

    We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick  Page 2 of 2
January 17, 2023

                                            Respectfully,

                                            DAMIAN WILLIAMS
                                            United States Attorney

                                            */s/ Tomoko Onozawa*
                                  By:  TOMOKO ONOZAWA
                                            Assistant United States Attorney
                                            Tel:  (212) 637-2721
                                            Fax: (212) 637-2686

cc (via ECF): All counsel of record