

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/9/2023

New York, New York 10007

February 8, 2023

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Riverkeeper, Inc. v. Regan*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

    On behalf of defendants and with the consent of all parties, I write to provide the Court a status update as provided in the Court's endorsed order dated January 18, 2023 [ECF No. 192]. Since January 18, the parties have continued their discussions regarding intervenor-defendant New York State Department of Environmental Conservation's ("NYSDEC") advanced notice of proposed rulemaking, which was referenced in defendants' August 10, 2022 letter to the Court [ECF Nos. 184]. NYSDEC is continuing to work on updates to New York State's water quality standard regulations and waterbody classifications, and intends to file a notice of proposed rulemaking by March 2023.

    To facilitate these ongoing discussions, particularly with the goal of reaching a shared understanding with respect to NYSDEC's proposed rulemaking process, defendants respectfully request that the Court continue to hold in abeyance any action on the parties' pending cross-motions for summary judgment and NYSDEC's motion to amend its answer to assert a cross-claim against EPA [ECF Nos. 128, 150, 145, 154, 173], until **March 13, 2023**. Defendants further propose that the parties submit a joint status letter to the Court on or before **March 10, 2023**. This is the defendants' fifth request on consent for the Court to hold these motions in abeyance. Plaintiffs and intervenor-defendants NYSDEC and the City of New York consent to this request.

    We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick  Page 2 of 2
February 8, 2023

                                              Respectfully,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                              */s/ Tomoko Onozawa*
                                      By:  TOMOKO ONOZAWA
                                              Assistant United States Attorney
                                              Tel:  (212) 637-2721
                                              Fax: (212) 637-2686

cc (via ECF): All counsel of record