

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.

Dated: June 5, 2024

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Riverkeeper, Inc. v. Regan*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

      On behalf of defendants U.S. Environmental Protection Agency ("EPA") and Michael Regan, in his official capacity as Administrator of the EPA (jointly, "defendants"), I write to respectfully request a limited extension of the June 5, 2024 deadline for the parties to submit a joint status letter to the Court and of the June 10, 2024 deadline for the current stay of the litigation. (ECF No. 200). Defendants respectfully request leave for the parties to file a joint status letter on **June 27, 2024**, and for the current stay of litigation to end on **July 2, 2024**. Plaintiffs and intervenor-defendants New York State Department of Environmental Conservation ("NYSDEC") and the City of New York consent to this request.

      Since the parties filed their last status report on March 7, 2024 (ECF No. 199), the defendants and NYSDEC provided written responses to plaintiffs' February 29, 2024 letter, and plaintiffs submitted a written response to those letters on May 24, 2024. The brief extensions are therefore requested to permit the parties to continue their discussions regarding the correspondence that has been exchanged over the last three months.

      We thank the Court for its consideration of this request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

      */s/ Tomoko Onozawa*
By:  TOMOKO ONOZAWA
      Assistant United States Attorney
      Tel: (212) 637-2721
      Fax: (212) 637-2686
      tomoko.onozawa@usdoj.gov

cc (via ECF): All counsel of record