

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.
>
> Dated: June 26, 2024

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Riverkeeper, Inc. v. Regan*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

    On behalf of defendants U.S. Environmental Protection Agency ("EPA") and Michael Regan, in his official capacity as Administrator of the EPA (jointly, "defendants"), I write to respectfully request a limited extension of the June 27, 2024 deadline for the parties to submit a joint status letter to the Court and of the July 2, 2024 deadline for the current stay of the litigation. (ECF No. 202). Defendants respectfully request leave for the parties to file a joint status letter on **August 8, 2024**, and for the current stay of litigation to end on **August 13, 2024**. Plaintiffs and intervenor-defendants New York State Department of Environmental Conservation ("NYSDEC") and the City of New York consent to this request.

    Since the parties filed their last joint letter motion for a continuation of the joint status letter and stay deadlines on June 3, 2024 (ECF No. 201), all parties to this matter—including their attorneys and program staff—met on June 10, 2024, to further discuss EPA's and NYSDEC's written responses to plaintiffs' February 29, 2024 letter. After that meeting, on June 20, 2024, plaintiffs submitted a written set of proposals for EPA's and NYSDEC's consideration. Because EPA and NYSDEC personnel with relevant knowledge of the issues discussed in the parties' last meeting and in related correspondence have been and/or anticipate being unavailable due to the summer holidays and business travel, the extensions are requested to give both agencies sufficient time to consider and respond to plaintiffs' June 20, 2024 letter, in furtherance of the parties' ongoing efforts to reach a consensual agreement on next steps in this matter and/or NYSDEC's rulemakings.

    We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick  Page 2 of 2
June 24, 2024

                Respectfully,

                DAMIAN WILLIAMS
                United States Attorney

                */s/ Tomoko Onozawa*
      By:  TOMOKO ONOZAWA
                Assistant United States Attorney
                Tel: (212) 637-2721
                Fax: (212) 637-2686
                tomoko.onozawa@usdoj.gov

cc (via ECF): All counsel of record