

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 23, 2025

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Riverkeeper, Inc. v. Zeldin*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

    On behalf of defendants U.S. Environmental Protection Agency ("EPA") and Lee Zeldin, in his official capacity as Administrator of the EPA[1] (jointly, "defendants"), I write to respectfully request limited extensions of the April 25, 2025 deadline for the parties to submit a joint status report and the April 30, 2025 abeyance period (ECF No. 208). Under defendants' proposed deadlines, the joint status report will be due on **May 7, 2025**, and the abeyance period will expire on **May 14, 2025**. The limited extensions are requested because defendants need more time to brief senior EPA officials regarding the current status of this case and to also consider language proposed by plaintiffs' counsel on April 21 for inclusion in the parties' next joint status report. Counsel for all parties consent to this request.

    We thank the Court for its consideration of this request.

                                                     Respectfully,

                                                  JAY CLAYTON
                                                  United States Attorney

                                                   */s/ Tomoko Onozawa*
                                        By:   TOMOKO ONOZAWA
                                                   Assistant United States Attorney
                                                   Tel: (212) 637-2721
                                                   Fax: (212) 637-2686
                                                  tomoko.onozawa@usdoj.gov

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 4/25/2025

cc (via ECF): All counsel of record

---

[1] EPA Administrator Lee Zeldin is automatically substituted for defendant Michael S. Regan in this action, by operation of Fed. R. Civ. P. 25(d).