

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 13, 2026

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED:   1/14/2026

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Re:   *Riverkeeper, Inc. v. Zeldin*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

On behalf of defendants U.S. Environmental Protection Agency ("EPA") and Lee Zeldin, in his official capacity as Administrator of the EPA (jointly, "defendants"), I write to respectfully request a six-week extension of the January 28, 2026 deadline for the parties to submit a joint status letter to the Court, and of the February 2, 2026 deadline for the current stay of the litigation. (ECF No. 212).  Defendants respectfully request leave for the parties to file a joint status letter on **March 11, 2026**, and for the current stay of litigation to end on **March 16, 2026**. Plaintiffs and intervenor-defendants New York State Department of Environmental Conservation ("NYSDEC") and the City of New York consent to this request.

Since the parties filed their last joint letter motion for a continuation of the joint status letter and stay deadlines on May 7, 2025 (ECF No. 211), on October 15, 2025, NYSDEC issued a Notice of Adoption in the New York State Register to amend 6 N.Y.C.R.R. Parts 701, 703, 864, 890, 891, 920, and 935.  *See* https://dec.ny.gov/regulatory/regulations/proposed-emergency-recently-adopted-regulations/water-revisions/saline-water-quality-standards-and-reclassification. Following the issuance of NYSDEC's final rule, EPA and the Plaintiffs have engaged in initial discussions regarding next steps.  The requested extension will more time for EPA to conduct internal discussions and for the parties to engage in follow-up discussions.

We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick                                                    Page 2 of 2
January 13, 2026

> Respectfully,
>
> JAY CLAYTON
> United States Attorney
>
> */s/ Tomoko Onozawa*
> By:  TOMOKO ONOZAWA
> Assistant United States Attorney
> Tel.:  (212) 637-2721
> E-mail: tomoko.onozawa@usdoj.gov

cc (via ECF): All counsel of record