**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 9, 2026

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Riverkeeper, Inc. v. Zeldin*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

  On behalf of defendants U.S. Environmental Protection Agency ("EPA") and Lee Zeldin, in his official capacity as Administrator of the EPA (jointly, "defendants"), I write to respectfully request an additional two-and-a-half week extension of the parties' March 11, 2026 deadline to submit a joint status letter to the Court, and the March 16, 2026 expiration of the current litigation stay. (ECF No. 218).  Defendants respectfully request leave for the parties to file a joint status letter on **March 30, 2026**, and for the current stay of litigation to end on **April 1, 2026**. Plaintiffs and intervenor-defendants New York State Department of Environmental Conservation and the City of New York consent to this request.

  As stated in the parties' joint letter motion dated January 13, 2026 (ECF No. 217), EPA has been engaging in internal discussions regarding next steps in this matter.  There are several reasons for the need for more time.  First, this litigation implicates issues of national importance requiring further necessary and high-level agency meetings within EPA.  Second, unexpected events including the recent environmental crisis in Washington, D.C. with a sewage spill into the Potomac River have required urgent attention by EPA senior leadership and have affected EPA's ability to schedule these meetings by the current March 11, 2026 status report deadline.  The requested extension will allow more time for EPA to conduct internal discussions and for the parties to engage in follow-up discussions.

  We thank the Court for its consideration of this request.

SO ORDERED: 3/10/2026

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Hon. Vernon S. Broderick                                                                                          Page 2 of 2
March 9, 2026

Respectfully,

JAY CLAYTON
United States Attorney

*/s/ Tomoko Onozawa*
By:  TOMOKO ONOZAWA
Assistant United States Attorney
Tel.:  (212) 637-2721
E-mail: tomoko.onozawa@usdoj.gov

cc:      All counsel of record (via ECF)