

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 30, 2026

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *Riverkeeper, Inc. v. Zeldin*, No. 17 Civ. 4916 (VSB)

Dear Judge Broderick:

  On behalf of defendants U.S. Environmental Protection Agency ("EPA") and Lee Zeldin, in his official capacity as Administrator of the EPA (jointly, "defendants") and with the consent of all parties, I write to provide the Court a status update as provided in the Court's endorsed orders dated August 21, 2024, and March 10, 2026 (ECF Nos. 208, 222).

  Since the parties' January 13, 2026 letter to the Court (ECF No. 217), EPA and defendant-intervenor New York State Department of Environmental Conservation ("NYSDEC") have arrived at a path forward in which EPA will consider NYSDEC's Saline Reclassification Rule Making to amend 6 NYCRR Parts 701, 703, 864, 890, 891, 920, and 935, which NYSDEC published in the State Register on October 15, 2025. In addition, NYSDEC is undertaking its next proposed state rule making. The state anticipates completing that rule making sometime in late winter 2026 or early spring 2027.

  To allow EPA time to review the Saline Classification Rule Making, and for NYSDEC to complete its next rule making, defendants respectfully request that the Court continue to hold in abeyance any action on the parties' pending cross-motions for summary judgment and NYSDEC's motion to amend its answer to assert a cross-claim against EPA (ECF Nos. 128, 150, 145, 154, 173) until **March 5, 2027**. Defendants further propose that the parties submit a joint status letter to the Court on or before **March 3, 2027,** to advise the Court of the parties' progress at that point. In light of this request, the parties have agreed that any party may file a letter with this Court to terminate the abeyance period prior to March 5, 2027, but must first notify the remaining parties at least two weeks prior to filing its letter and engage in a meet and confer as soon as reasonably practicable. This is the defendants' eleventh request on consent for the Court to hold these motions in abeyance. Plaintiffs and intervenor-defendants NYSDEC and the City of New York consent to this request.

  We thank the Court for its consideration of this request.

Hon. Vernon S. Broderick                                          Page 2 of 2
March 30, 2026

Respectfully,

JAY CLAYTON
United States Attorney

*/s/ Tomoko Onozawa*
By:  TOMOKO ONOZAWA
Assistant United States Attorney
Tel.:  (212) 637-2721
tomoko.onozawa@usdoj.gov

cc (via ECF): All counsel of record

The stay is hereby extended until October 1, 2026.
The parties shall submit a joint status letter to the
Court on or before October 1, 2026 to advise the Court
of the parties' progress at that point.

SO ORDERED:          3/31/2026

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE